IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| STEVEN N. EDWARDS, | ) |
| Plaintiff, | ) |
| vs. | ) Civ. No. <u>04-2975-D/P</u> |
| DAIMLERCHRYSLER CORPORATION, | ) |
| Defendant. | ) |

### ORDER OF TRANSFER

By reason of the transfer of case No. 04-2391-D *Barbara Willingham v. Home Tech Services Company*, et al., from Magistrate Judge Diane Vescovo to the undersigned and in order to maintain a balanced number of references handled by the magistrate judges, this case is hereby transferred to Magistrate Judge Diane Vescovo for further references and assignments.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

5/11/05
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-11-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02975 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Curt Reid Soefker
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Jonathan E. Scharff
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Michael F. Rafferty
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Aaron M. Phelps
VARNUM RIDDERING SCHMIDT & HOWLETT, LLP
P.O. Box 352
Grand Rapids, MI 49501--035

Mark S. Allard
VARNUM RIDDERING SCHMIDT & HOWLETT, LLP
P.O. Box 352
Grand Rapids, MI 49501--035

Honorable Bernice Donald
US DISTRICT COURT